AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| ROUNDPOINT MORTGAGE SERVICING CORPORATION <br><br> *Plaintiff(s)* <br> v. <br> RYAN LOWRY <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 23cv1098-SAG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ryan Lowry
2906 McGonagall Court
Abingdon, Maryland 21009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Guy Brenner
1001 Pennsylvania Ave, NW Suite 600 South
Washington, DC 20004
gbrenner@proskauer.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/25/2023

*Signature of Clerk or Deputy Clerk*